# EXHIBIT A

Filing # 100235699 E-Filed 12/12/2019 03:18:41 PM

### IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
### IN AND FOR PALM BEACH COUNTY, FLORIDA
### CIVIL DIVISION

Cathy Booze,
an individual,

     Plaintiff,

Case No.:

v.

Ocwen Loan Servicing, LLC,

     Defendant.

_____/

### COMPLAINT

**COMES NOW**, Plaintiff, Cathy Booze (hereinafter, "Plaintiff"), by and through the undersigned counsel, and hereby files her Complaint and sues Defendant Ocwen Servicing, LLC (hereinafter "Defendant"). In support thereof, Plaintiff alleges:

### PRELIMINARY STATEMENT

This is an action for damages brought by an individual consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 United States Code, Section 1692, *et seq.* (hereinafter, "FDCPA").

Defendant, Ocwen Loan Servicing, LLC, was involved in a class action lawsuit titled McWhorter v. Ocwen Loan Servicing, LLC, Case No. 2:15-cv-01831-MHH filed in the Northern District of Alabama Southern Division. Plaintiff was deemed a part of the identified class members[1] and for purposes of this complaint, the Statute of Limitations has been tolled in accordance with *American Pipe & Constr. Co. v. Utah*, 414 U.S. 538 (1974).

### JURISDICTION, VENUE & PARTIES

---

[1] Class members of the McWhorter v. Ocwen Loan Servicing, LLC lawsuit were people who made convenience fee payments to Ocwen and the loan was in default prior to transfer to Ocwen.

1

1. This is an action for damages that exceeds $500.00, but are less than $2,500.00, exclusive of attorneys' fees and costs.

2. Jurisdiction and venue for purposes of this action are conferred by Florida Statutes, Sections 34.01, 47.011, and 15 United States Code, Section 1692k(d).

3. Defendant is subject to the jurisdiction of this Court as Defendant regularly transacts business in this Circuit as the events described herein occur in this Circuit.

4. Venue in this Circuit is proper because Defendant transacts business in this Circuit, and the Defendant's principal place of business is in this Circuit.

5. At all material times herein, Plaintiff is an individual residing in Pooler, Georgia.

6. At all material times herein, Defendant is a foreign limited liability company existing under the laws of the state of Delaware that is engaged in business in Florida, but with its principal place of business located at 1661 Worthington Road, Suite 100, West Palm Beach, Florida 33409.

## FDCPA STATUTORY STRUCTURE

7. The FDCPA imposes civil liability on any debt collector—who "uses any instrumentality of interstate commerce or the mails in any business the principal purposes of which is the collection of any debts," or who "regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due to another" and both statutes prohibit engaging in particular violative conduct in connection with collecting consumer debts.   15 U.S.C. § 1692(a)(6).

8. Specifically, the FCCPA prohibit unlawful debt collection "communication" with consumer debtors, which is defined as "the conveying of information regarding a debt *directly or*

2

*indirectly* to any person *through any medium*" (emphasis added). 15 U.S.C. § 1692(a)(2); Fla. Stat. § 559.55(2).

9.     For example, the FDCPA prohibits a debt collector from engaging in any conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a consumer debt, or from using false, deceptive, or misleading representations or means in connection with the collection of any consumer debt. *See* 15 U.S.C. §§ 1692(d)-(e).

10.     Specifically, the FDCPA prohibits the collection of any amount unless such amount is expressly authorized by the agreement creating the debt or permitted by law. *See* 15 U.S.C. §§ 1692f.

## GENERAL ALLEGATIONS

11.     At all material times herein, Defendant Ocwen is a "debt collector" as defined by 15 U.S.C. § 1692(a)(6).

12.     At all material times herein, Defendants used interstate mail while engaging in a business, the principal purpose of which is the collection of consumer debts.

13.     At all material times herein, Defendants collects or attempts to collect—directly or indirectly—debts owed or due to another, or asserted to be owed or due to another.

14.     At all material times herein, Plaintiff is a "debtor" or "consumer" as defined by 15 United States Code, Section 1692a(3).

15.     At all times material herein, Defendants attempted to collect an alleged debt due from Plaintiff, convenience fees, (hereinafter, "debt").

16.     At all material times herein, Defendants are a "person" subject to Florida Statutes, Section 559.72. *See* Fla. Stat. § 559.55(5); *see also Schauer v. General Motors Acceptance Corp.*, 819 So. 2d 809 (Fla. 4th DCA 2002).

3

17.     At all material times herein, Defendants acted themselves, or through their agents, employees, officers, members, directors, successors, assigns, principals, trustees, sureties, subrogees, representatives, third-party vendors, lawyers, and insurers.

18.     At all material times herein, the Debt was consumer debt, an obligation resulting from a transaction or transactions for goods or services, and was incurred primarily for personal, household, or family use.

19.     All necessary conditions precedent to the filing of this action occurred or have been waived by Defendants.

## FACTUAL ALLEGATIONS

20.     Plaintiff purchased property located at 146 Arbor Village Drive Pooler, GA loan numer ending in -0051.

21.     Sometime during the life of the loan, Plaintiff defaulted on the mortgage.

22.     Sometime during the life of the loan, servicing was transferred to Ocwen.

23.     Ocwen partnered with Western Union to provide payments for homeowners by offering payments through their Speedpay service in which, fees are charged for payments over the telephone, online, and other payment options.

24.     Partnerships like these help debt collectors like Western Union and Ocwen make more money by having them charge more for these convenience fees and splitting the profits.

25.     Plaintiff made payments through the Speedpay service and was subsequently charged fees.

26.     Plaintiff paid at least $120.00 in fees using the Speedpay service.

27.     Ocwen nor Western Union never disclosed the amount of money that was split between the two and homeowners such as Plaintiff could not have known about the fee.

4

28.     Plaintiff retained the Law Offices of Consumer Law Attorneys Corp. (hereinafter collectively, "Undersigned Counsel") for the purpose of pursuing this matter against the Defendant, and Plaintiff is obligated to pay his attorney a reasonable fee for their services.

29.     15 United States Code 1692k provides for the award of $1,000.00 statutory damages, actual damages, and an award of attorneys' fees and costs to Plaintiff, should Plaintiff prevail in this matter against Defendant.

## COUNT ONE:
### UNLAWFUL DEBT COLLECTION PRACTICE
### VIOLATION OF 15 U.S.C. 1692f

Plaintiff re-alleges paragraphs one (1) through twenty-nine (29) as if fully restated herein and further states as follows:

30.     Defendant Ocwen is a loan servicer and regularly collects payments from homeowners and before this loan was acquired it was in default.

31.     Plaintiff was deemed one of the class members in the class action lawsuit titled McWhorter v. Ocwen Loan Servicing, LLC, Case No. 2:15-cv-01831-MHH filed in the Northern District of Alabama Southern Division as evidenced by being listed on the McWhorter Class Roster.

32.     15 U.S.C. 1692e provides - A debt collector may not use unfair or unconscionable means to collect or attempt to collect any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section:

(1) The collection of any amount (including any interest, fee, charge, or expense incidental to the principal obligation) unless such amount is expressly authorized by the agreement creating the debt or permitted by law.

5

33.     Specifically, Ocwen made a profit with Western Union charging convenience fees.

34.     There is no contract or law that permits Ocwen to charge fees authorized by any contract or law it is in violation of 15 U.S.C. 1692f.

35.     As a direct and proximate result of Defendant' actions, Plaintiff sustained damages as defined by 15 U.S.C. 1692k.

### PRAYER FOR RELIEF

**WHEREFORE**, as a direct and proximate result of Defendants actions and conduct, Plaintiff respectfully requests against Defendants entry of:

    a.     Judgment against Ocwen declaring that Defendant violated the FDCPA;

    b.     Judgment against Defendant for maximum statutory damages for violations of the FDCPA;

    c.     Judgment against Defendants for actual damages in an amount to be determined at trial;

    d.     Judgment against Defendants for an award of reasonable attorneys' fees and costs; and

    e.     Any other such relief the Court may deem proper.

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues triable by right

### SPOLIATION NOTICE AND DEMAND TO RETAIN EVIDENCE

Plaintiff hereby gives notice to Defendant, and demands that they and their affiliates safeguard all relevant evidence—paper, electronic documents, or data—pertaining to this potential litigation as required by law.

6

Respectfully submitted,

**Consumer Law Attorneys**

/s/ *Young Kim*
**Young Kim, Esq., FBN 122202**
2727 Ulmerton Rd., Ste. 270
Clearwater, FL 33762
Phone: (877) 241-2200
service@consumerlawattorneys.com
ykim@consumerlawattorneys.com
*Counsel for Plaintiff*

7

**** CASE NUMBER: 502019SC020953XXXXMB ****

Filing # 100235699 E-Filed 12/12/2019 03:18:41 PM

**IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA**

**CATHY BOOZE,
AN INDIVIDUAL,**

                                      **CASE NO.:**

                **Plaintiff,**

**V.**

**OCWEN LOAN SERVICING, LLC,**

                **Defendant.**

_____/

**STATE OF FLORIDA - NOTICE TO PLAINTIFF(S) AND DEFENDANT(S)**

OCWEN LOAN SERVICING, LLC
C/O CORPORATION SERVICE COMPANY,
REGISTERED AGENT
1201 HAYS ST.
TALLAHASSEE, FL 32301

**YOU ARE HEREBY NOTIFIED** that you are required to appear in person or by attorney at the Judge Daniel T.K. Hurley Courthouse in Courtroom _____, located at 205 N Dixie Highway, West Palm Beach, FL 33401 on the _____ at_____ for a PRETRIAL CONFERENCE before a Judge of this court.

**IMPORTANT –READ CAREFULLY
THE CASE WILL NOT BE TRIED AT THAT TIME
DO NOT BRING WITNESSES—APPEAR IN PERSON OR BY ATTORNEY**

The defendant(s) must appear in court on the date specified in order to avoid a default judgment. The plaintiff(s) must appear to avoid having the case dismissed for lack of prosecution. A written MOTION or ANSWER to the Court by the plaintiff(s) or Defendant(s) shall not excuse the personal appearance of a party or its attorney in the PRETRIAL CONFERENCE. The date and time of the pretrial conference CANNOT be rescheduled without good cause and prior court approval.

A corporation may be represented at any stage of the trial court proceedings by an officer of the corporation of any employee authorized in writing by an officer of the corporation. Written authorization must be brought to the Pretrial Conference.

The purpose of the pretrial conference is to record your appearance, to determine if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot be resolves at the pretrial conference. You or your attorney should be prepares to confer with the court and to explain briefly the nature of you dispute, state what effaces have been made to settle the dispute, exhibit any documents necessary to prove the case, state the names and addresses of your witnesses, stipulate to the facts that will require proof and will expedite the trial, and estimate how long it will take to try the case.

Mediation may take place at the pretrial conference. Whoever appears for a party must have full authority to settle. Failure to have full authority to settle at the pretrial conference may result in the imposition of costs and attorney fees incurred by the opposing party.

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and withhold judgment or execution or levy.

**RIGHT TO VENUE** The law gives the person or company who has sued you the right to file in any one of the several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s), have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following: (1) where the contact was entered into; (2) if the suit is on an unsecured promissory note, where the note is signed or where the maker resides; (3) if the suit is to recover property of to foreclose a lien, where the property is located; (4) where the event giving rise to the suit occurred; (5) where any one or more of the defendants sued reside; (6) any location agreed to in a contract; (7) in an action for money due, if there is no agreement as to where the suit may be filed, where payment is to be made.

If you, as the defendant(s), believe the plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer, or you must file a WRITTEN request for transfer in affidavit form (sworn to under oath) with the court 7 days prior to your first court date and send a copy to the plaintiff(s) or plaintiff(s) attorney, if any.

A copy of the statement of claim shall be served with this summons.

DATED: December 12, 2019

Filed by:

**Young Kim, Esquire**
**Consumer Law Attorneys**
**2727 ulmerton road, Suite 270**
**Clearwater, FL 33762**
**service@consumerlawattorneys.com**

**Sharon R. Brock**
**AS CLERK OF COURT**
(COURT SEAL)

By: _____
         **Deputy Clerk**

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact ADA Coordinator, Tammy Anton, 205 North Dixie Highway, West Palm Beach, FL 33401 (561-355-4380) at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

Filing # 100235699 E-Filed 12/12/2019 03:18:41 PM

I.      CASE STYLE

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA
CIVIL DIVISION

CATHY BOOZE,
AN INDIVIDUAL,

                    Plaintiff,                                           CASE NO.:

V.

OCWEN LOAN SERVICING, LLC,

                    Defendant.
_____/

II.     TYPE OF CASE

(If the case fits more than one type of case, select the most definitive category). If the most descriptive label is a subcategory (is indented under a broader category), place an x in both the main category and subcategory boxes.

\_\_ Condominium
\_\_ Contracts and indebtedness
\_\_ Eminent domain
\_\_ Auto negligence
\_\_ Negligence – other
   \_\_ Business governance
   \_\_ Business torts
   \_\_ Environmental/Toxic tort
   \_\_ Third party indemnification
   \_\_ Construction defect
   \_\_ Mass tort
   \_\_ Negligent security
   \_\_ Nursing home negligence
   \_\_ Premises liability – commercial
   \_\_ Premises liability – residential
\_\_ Products liability
\_\_ Real property/Mortgage foreclosure
   \_\_ Commercial foreclosure $0 - $50,000
   \_\_ Commercial foreclosure $50,001 - $249,999
   \_\_ Commercial foreclosure $250,000 or more
   \_\_ Homestead residential foreclosure $0 - $50,000
   \_\_ Homestead residential foreclosure $50,000 - $249,999
   \_\_ Homestead residential foreclosure $250,000 or more
   \_\_ Nonhomestead residential foreclosure $0 - $50,000
   \_\_ Nonhomestead residential foreclosure $50,001 - $249,999
   \_\_ Nonhomestead residential foreclosure $250,000 or more
   \_\_ Other real property actions $0 - $50,000
   \_\_ Other real property actions $50,001 - $249,999

\_\_ Other real property actions $250,000 or more
\_\_ Professional Malpractice
   \_\_ Malpractice – business
   \_\_ Malpractice - medical
   \_\_ Malpractice – other professional
\_\_ Other
   X  FDCPA/FCCPA
   \_\_ Antitrust/Trade regulation
   \_\_ Business transactions
   \_\_ Constitutional challenge – statute or ordinance
   \_\_ Constitutional challenge – propose amendment
   \_\_ Corporate Trusts
   \_\_ Discrimination – employment or other
   \_\_ Insurance claims
   \_\_ Intellectual property
   \_\_ Libel/Slander
   \_\_ Securities litigation
   \_\_ Shareholder derivative action
   \_\_ Trade secrets
   \_\_ Trust litigation

**III.**     **REMEDIES SOUGHT** (check all that apply)

X  monetary
__ nonmonetary declaratory or injunctive relief
__ punitive

**IV.**     **NUMBER OF CAUSES OF ACTION [ 1 ]**

(specify)  Unlawful Debt Collection Practice

**V.**      **IS THIS A CLASS ACTION LAWSUIT?**

__ Yes
X  No

**VI.**     **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**

X  No
___ Yes – If "Yes," list all related cases by name, case number and court:

**VII.**    **IS JURY TRIAL DEMANDED IN COMPLAINT?**

_X Yes
__ No

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.


Signature: /s/ Young Kim_____          Florida Bar No.: 122202
            **Young Kim, Esq.,**


Dated: December 12, 2019

- 2 –



**SHARON R. BOCK**

CLERK & COMPTROLLER
PALM BEACH COUNTY, FLORIDA

**RECEIPT**
3457376

Printed On:
12/16/2019 07:15
Page 1 of 1

| Receipt Number: 3457376 - Date 12/16/2019  Time 7:15AM | | | |
|---|---|---|---|
| **Received of:** | Young Kim 160 greenhaven cir oldsmar, FL 34677 | | |
| **Cashier Name:** | ADMIN | **Balance Owed:** | 195.00 |
| **Cashier Location:** | E-Filing | **Total Amount Paid:** | 195.00 |
| **Receipt ID:** | 9754319 | **Remaining Balance:** | 0.00 |
| **Division:** | RF: County Civil Central - RF(Civil) | | |

| Case# 50-2019-SC-020953-XXXX-MB -- PLAINTIFF/PETITIONER: BOOZE, CATHY | | | |
|---|---|---|---|
| Item | Balance | Paid | Bal Remaining |
| Fees | 195.00 | 195.00 | 0.00 |
| **Case Total** | **195.00** | **195.00** | **0.00** |

| Payments | | |
|---|---|---|
| **Type** | Ref# | **Amount** |
| EFiling_CREDITCARD | 26659589 | 195.00 |
| **Total Received** | | **195.00** |
| **Total Paid** | | **195.00** |

**How was your service today?**  Please visit www.mypalmbeachclerk.com/survey or send your
feedback to clerkweb@mypalmbeachclerk.com.
**For office locations and information about Clerk & Comptroller services:**
Visit www.mypalmbeachclerk.com or call (561) 355-2996.

IN THE COUNTY COURT IN AND FOR PALM BEACH COUNTY, FLORIDA

UNIFORM CASE NO: 50-2019-SC-020953-XXXX-MB
DIVISION: RF: County Civil Central - RF (Civil)

CATHY BOOZE

PLAINTIFF(S)
-VS-
OCWEN LOAN SERVICING LLC

DEFENDANT(S)

### NOTICE TO APPEAR
### FOR PRE-TRIAL CONFERENCE/MEDIATION

STATE OF FLORIDA - NOTICE TO PLAINTIFF(S) AND DEFENDANT(S)

**OCWEN LOAN SERVICING LLC**

**C/O Corporation Service Company**
**1201 Hays Street**
**TALLAHASSEE, FL  32301**

YOU ARE HEREBY NOTIFIED that you are required to appear in person or by attorney at the Palm Beach County Courthouse in Courtroom 6L (Main Branch) MB, 205 N. Dixie Highway West Palm Beach FL 33401, on February 5, 2020 at 1:00 PM for a PRETRIAL CONFERENCE before a Judge of this court.

### IMPORTANT - READ CAREFULLY
### THE CASE WILL NOT BE TRIED AT THAT TIME
### DO NOT BRING WITNESSES - APPEAR IN PERSON OR BY ATTORNEY

The defendant(s) must appear in court on the date specified in order to avoid a default judgment. The plaintiff(s) must appear to avoid having the case dismissed for lack of prosecution. A written MOTION or ANSWER to the court by the plaintiff(s) or the defendant(s) shall not excuse the personal appearance of a party or its attorney in the PRETRIAL CONFERENCE. The date and time of the pretrial conference CANNOT be rescheduled without good cause and prior court approval.

A corporation may be represented at any stage of the trial court proceedings by an officer of the corporation or any employee authorized in writing by an officer of the corporation. Written authorization must be brought to the Pretrial Conference.

The purpose of the pretrial conference is to record your appearance, to determine if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pretrial conference. You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state the names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and may withhold judgment or execution or levy.

**RIGHT TO VENUE. The law gives the person or company who has sued you the right to file in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s), have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following: (1) where the contract was entered into; (2) if the suit is on an unsecured promissory note, where the note is signed or where the maker resides; (3) if the suit is to recover property or to foreclose a lien, where the property is located; (4) where the event giving rise to the suit occurred; (5) where any one or more of the defendants sued reside; (6) any location agreed to in a contract; (7) in an action for money due, if there is no agreement as to where suit may be filed, where payment is to be made.**

If you, as the defendant(s), believe the plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer, or you must file a WRITTEN request for transfer in affidavit form (sworn to under oath) with the court 7 days prior to your first court date and send a copy to the plaintiff(s) or plaintiff's(s') attorney, if any.

A copy of the statement of claim shall be served with this summons.

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:  You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above named person.

**"If you are a <u>person with a disability</u> who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Tammy Anton, Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway West Palm Beach, Florida 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."**

DATED: 16th of December, 2019



Sharon R. Bock
**Clerk & Comptroller**
By:

Bysiewicz, Nina M as Deputy Clerk

Cc:
 CATHY BOOZE  2727 ULMERTON RD
      STE 270
      CLEARWATER, FL  33762
 KIM YOUNG 2727 ULMERTON ROAD SUITE 270 CLEARWATER FL 33762

EN EL TRIBUNAL DEL CONDADO, EN Y DEL CONDADO DE PALM BEACH, FLORIDA

CAUSA NO: 50-2019-SC-020953-XXXX-MB
DIVISION: -RF: County Civil Central - RF (Civil)

CATHY BOOZE

DEMANDANTE(S),

     vs.
OCWEN LOAN SERVICING LLC

DEMANDADO(S)

## NOTICIA PARA COMPARECER
### A CONFERENCIA PREVIA AL JUICIO/MEDIACION

ESTADO DE LA FLORIDA  - NOTIFICACIÓN A LOS DEMANDANTES Y A LOS DEMANDADOS

**OCWEN LOAN SERVICING LLC**

**C/O Corporation Service Company**
**1201 Hays Street**
**TALLAHASSEE, FL  32301**

DIRECCION ADICIONAL:

SE LE AVISA POR ESTE MEDIO que usted deberá comparecer personalmente o representado por un abogado en la Sala 6L (Main Branch) MB, 205 N. Dixie Highway West Palm Beach FL 33401 del Tribunal del Condado de Palm Beach, el día February 5, 2020, a las 1:00 PM, para una CONFERENCIA PREVIA AL JUICIO.

## IMPORTANTE – LEA CUIDADOSAMENTE

**ESTE CASO NO SERA JUZGADO DURANTE LA CONFERENCIA PREVIA AL JUICIO, PERO PUEDE TRATAR DE RESOLVERSE POR MEDIO DE MEDIACION ESE DIA.**

**NO TRAIGA TESTIGOS.  USTED TIENE QUE COMPARECER PERSONALMENTE O SER REPRESENTADO POR UN ABOGADO.**

**LA PERSONA QUE COMPAREZCA EN REPRESENTACION DE UNA DE LAS PARTES, DEBE TENER AUTORIDAD TOTAL PARA NEGOCIAR TODAS LAS CANTIDADES, DESDE UN VALOR DE CERO, HASTA EL MONTO TOTAL DE LA DEMANDA, SIN TENER QUE HACER CONSULTA ALGUNA.  EL INCUMPLIMIENTO A LO ESTABLECIDO PUEDE RESULTAR EN LA IMPOSICION DE SANCIONES, INCLUYENDO COSTOS, HONORARIOS DE ABOGADOS, IMPOSICION DE UNA DECISION JUDICIAL O RECHAZO DE LA DEMANDA.**

El demandado(s) deberá(n) comparecer ante el Tribunal en la fecha indicada en la orden para evitar una decisión judicial por no comparecer. El(los) demandante(s) deben comparecer para evitar que su caso sea rechazado por insuficiencia de enjuiciamiento. Una MOCION por escrito o una CONTESTACION presentada al Tribunal por parte del demandado(s) o demandante(s), no es excusa para que una de las partes o su abogado no comparezca en persona a la CONFERENCIA PREVIA AL JUICIO/MEDIACION. La fecha y la hora de la CONFERENCIA PREVIA AL JUICIO/MEDIACION, NO PUEDE SER reprogramada sin buena causa y deberá tener aprobación previa del Tribunal.

Una corporación puede ser representada durante cualquiera etapa del proceso judicial del tribunal, por un representante de la corporación o por cualquier empleado con autorización escrita del representante de la corporación. La autorización escrita deberá ser llevada a la Conferencia Previa al Juicio/mediación.

El objetivo de la Conferencia previa al Juicio/mediación es el de registrar su comparecencia, para determinar si usted admite toda o parte de la demanda, para así capacitar al Tribunal para que determine la naturaleza de la demanda y para que establezca si su caso será llevado a juicio en caso de que no sea resuelto en la Conferencia Previa al Juicio. Usted o su abogado deberán estar preparados para consultar con el Tribunal y explicar brevemente la naturaleza de su desacuerdo, indicar qué pasos se han tomado para llegar a un acuerdo, presentar los documentos necesarios para probar la demanda, indicar los nombres y direcciones de sus testigos, estipular a los hechos que no requieran prueba y que agilicen el juicio, y estimar cuánto tiempo tomará resolver el caso.

Si usted admite el reclamo, pero desea tiempo adicional para pagar, usted tiene que venir y explicar las circunstancias. El Tribunal podrá o no aprobar un plan de pago y podrá abstenerse de emitir una orden judicial de ejecución o embargo.

DERECHO PARA DETERMINAR EN DONDE DEBERA PRESENTARSE SU CASO. La ley le concede el derecho a la persona o a la compañía que ha sido demandada(o), de presentarse en alguno de los lugares indicados a continuación. Sin embargo, si usted ha sido demandado en algún lugar diferente a los indicados, usted como demandado tiene el derecho de solicitar que su caso sea trasladado al lugar correcto. El lugar apropiado puede ser uno de los siguientes: (1) el lugar en donde el contrato fue ejecutado, (2) si la demanda se origina por nota de pago no asegurada, es en el lugar en donde la nota se originó, o donde vive el otorgante, (3) si la demanda es para recuperar una propiedad o por un remate, el lugar será en donde está ubicada la propiedad, (4) en el lugar en donde ocurrió el evento que dio origen al desacuerdo, (5) en el lugar donde vive uno a varios de los demandados, (6) en cualquier lugar acordado por contrato, (7) en el lugar en donde debe realizarse el pago, cuando se trata de un desacuerdo por dineros adeudados.

Si usted como demandado(s) cree que el demandante(s) no lo ha demandado en el lugar apropiado, usted deberá comparecer ante el Tribunal en la fecha indicada y verbalmente solicitar que se le transfiera el caso o tendrá que registrar una solicitud escrita para la transferencia del caso en forma de affidávit (hecho bajo juramento), dentro de los (7) días anteriores a su primera comparecencia y enviar copia de este documento al demandante(s) o al abogado del demandante(s), si lo hay.

Una copia de la demanda deberá ser entregada oficialmente con esta citación.

**"Si usted es una <u>persona minusválida</u> que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con Tammy Antón, 205 N. Dixie Highway, West Palm Beach, Florida 33401; teléfono número (561) 355-4380, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711."**

FECHADO EN EL CONDADO DE PALM BEACH, FLORIDA, 16th of December, 2019

Sharon R. Bock
Secretaria & Auditora

NAN TRIBINAL KI REGLE TI ZAFE NAN E POU KOMIN PALM BEACH, FLORID

NIMERO KA: 50-2019-SC-020953-XXXX-MB-
DIVISYON: RF: County Civil Central - RF (Civil)

CATHY BOOZE

      DEMANDAN,

      v.

OCWEN LOAN SERVICING LLC

      DAFANDAN.

### AVETISMAN POU PRESANTE W
### POU YON KONFERANS /MEDIASYON AVAN JIJMAN

ETA FLORID LA - AVETISMAN POU DEMANDAN (YO) AVEK DEFANDAN (YO).

**OCWEN LOAN SERVICING LLC**

**C/O Corporation Service Company**
**1201 Hays Street**
**TALLAHASSEE, FL 32301**

YO AVETI- W KE OU DWE PARET AN PESONN OSWA PA YON AVOKA NAN TRIBINAL KOMINN PALM BEACH LA NAN SAL 6L (Main Branch) MB, 205 N. Dixie Highway West Palm Beach FL 33401, A February 5, 2020, NAN 1:00 PM, POU YON KONFERANS.

### INPÒTAN - LI AVEK ATENSYON.

**KA SAA PAP JIJE PANDAN KONFERANS AVAN JIJMAN AN, MEN NOU KA ESEYE REZOUD KA A NAN MEDIASYON JOU SA A.**

**PA MENEN TEMWEN OU DWE PRESANTE TET OU OSWA YON AVOKA KAPAB PARET POU OU.**

**MOUN KI PARET POU REPRESANTE PATI A DWE GEN TOUT OTORITE POU L NEGOSYE MONTAN AN KOMANSE A ZERO POU RIVE A MONTAN TOTAL DEMAND LA SAN LI PA OBLIJE KONSILTE AK LOT MOUN. SI OU DESOBYI AK REG SA A SA KA PEMET YO PRAN SANKSYON KONT OU. SA KA INKLI FRE , FRE AVOKA, SANKSYON FINANSYEL JIRIDIK. OSWA ANILE DEMAND LA.**

Defandan(yo) dwe presante nan tribinal la nan dat yo bali ki nan lod la poul ka evite yon sanksyon jiridik finansyel deske li pat paret. Demandan (yo) dwe paret nan tribinal pou yo pa kite ka a tonbe. Paske pa t gen ase reclamasyon. Menm si demandan an oswa defandan an ta fe tribinal la yon demand a lekrit sa pap eskise presans nou ni presans avoka a nan konferans/mediasyon anvan jijman . Ni dat ni le konferans avan jijman an pa ka ranvvoiye san yon bon rezon ak san tribinal la pat aprouve li davans.

Yon Koporasyon ka pab represante pa yon ofisyel ki nan koporasyon nan tout etap pwose a nan tribinal la ,oswa yon ofisyel koporasyon an ka pab otorize youn nan anplwaye l yo a lekrit pou represante l. yo

dwe pote otorizasyon a lekrit sa a nan konferans/mediasyon anvan jijman. Rezon pou konferans avan jijman an se pou yo sa montre ke w te paret , pou fe konnen si ke ou

Admet tout oswa yon pati nan reklamasyon an, pou sa pemet tribinal la deside ki jan de ka ke li ye, e pou yo ka plase ka a pou jijman si ka a pa ka rezoud nan konferans avan jijman an. Oumenm oswa avoka w la dwe prepare n pou yon konferans ak tribinal la e poun eksplike tou kout ki jan de dispit ke ou gen yen an , eksplike ki ef□ ki te fet pou rezoud ka a , montre kinpot dokiman neses□ pou pwouve ka a , bay non ak address temwen w yo , dak□ ak s□tin f□ ki ki pap beswen prev e kap fe jijman an ale pli vit, e etime konbyen tan sa ap pran pou jije ka a.


Si ou aksepte reklamasyon an, e ou beswen plis tan pou peye , se pou vinn di yo rezon an. Tribinal la ka pemet oswo pa aksepte ke ou fe  yon plan pou peye , li ka mete yon sanksyon Finansyel jiridik oswa yon anbago.

Dwa pou detemine ki kote pou presante ka w la. Lwa a bay moun nan oswa konpany ki asiyen w la dwa pou li presante li nan ninpot nan kote ki make sou papye a . Men si yo te asiyen w lot kote apa de kote ki make sou papye a, oumenm kom defanndan gen dwa Mande pou w voye ka a nan kote ki korek la. Kote apwopriye a ka nan youn nan kote suivan sa yo: (1) kote kontra a te fet la, (2) si asiniasyon an se te yon biye ak yon pwomes san bon garanti , kote biye a te signyen oswa kote moun ki te fe biye a rete. (3) si demand la se pou rekipere pwopriyete a oswa pou poze sele sou pwopriyete a ;(4) kote evenman an te rive ki koz asiniasyon an ; (5) kote youn ou plis nan moun yo asiyin a rete ; (6) Kelke swa kote ki te dako nan kontra a ; (7) nan yon aksyon kote gen lajan ki dwe, si pa gen yon ak□ nan ki kote pou demand la fet , kote pou peyman an fet.

Si oumenm defandan an (yo) pa  kwe ke demandan an te asiyen nan youn nan kote sa yo se pou paret nan tribinal la dat yo ba w la pou mande pou yo transfere ka a , oswa ou ka ekri yon demand nan yon f□m atestasyon (deklarasyon ekri sou seman) ak tribinal la 7 jou avan premie randevou tribinal la e voye yon kopi bay demandan (yo) an oswa avoka demandan (yo) si gen yen.

Yon kopi asiniasyon an fet pou ofisyelman akonpanye konvokasyon an.

**"Si ou se yon moun ki enfim ki bezwen akomodasyon pou w ka patisipe nan pwosedi sa, ou kalifye san ou pa gen okenn lajan pou w peye, gen pwovizyon pou jwen kek ed. Tanpri kontakte Tammy Anton, kòòdonatè pwogram Lwa pou ameriken ki Enfim yo   nan Tribinal Konte  Palm Beach la ki nan 205 North Dixie Highway, West Palm Beach, Florida 33401; telefòn li se (561) 355-4380 nan 7 jou anvan dat ou gen randevou pou parèt nan tribinal la, oubyen imedyatman apre ou fin resevwa konvokasyon an si lè ou gen pou w parèt nan tribinal la mwens ke 7 jou; si ou gen pwoblèm pou w tande oubyen pale, rele 711."**



**SHARON R. BOCK**

CLERK & COMPTROLLER
PALM BEACH COUNTY, FLORIDA

**RECEIPT**
3457376

Printed On:
12/17/2019 01:01
Page 1 of 1

| Receipt Number: 3457376 (REVISED) - Date 12/17/2019  Time 1:00PM | | | |
|---|---|---|---|
| Received of: | Young Kim 160 greenhaven cir oldsmar, FL 34677 | | |
| Cashier Name: | RBriscan | Balance Owed: | 185.00 |
| Cashier Location: | E-Filing | Total Amount Paid: | 185.00 |
| Receipt ID: | 9754319 | Remaining Balance: | 0.00 |
| Division: | RF: County Civil Central - RF(Civil) | | |

| Case# 50-2019-SC-020953-XXXX-MB -- PLAINTIFF/PETITIONER: BOOZE, CATHY | | | |
|---|---|---|---|
| Item | Balance | Paid | Bal Remaining |
| Fees | 185.00 | 185.00 | 0.00 |
| Case Total | **185.00** | **185.00** | **0.00** |

| Payments | | | |
|---|---|---|---|
| Type | Ref# | | Amount |
| EFiling_CREDITCARD | 26659589 | | 195.00 |
| **Total Received** | | | **195.00** |
| **Total Paid** | | | **185.00** |
| **Overage** | | | **10.00** |

**How was your service today?** Please visit www.mypalmbeachclerk.com/survey or send your feedback to clerkweb@mypalmbeachclerk.com.
**For office locations and information about Clerk & Comptroller services:**
Visit www.mypalmbeachclerk.com or call (561) 355-2996.

Filing # 101098681 E-Filed 01/03/2020 02:44:45 PM

## VERIFIED RETURN OF SERVICE

State of Florida                County of Palm Beach                        County Court

Case Number: 50-2019-SC-020953-XXXX-MB   Court Date: 2/5/2020  1:00 pm

Plaintiff:
CATHY BOOZE

vs.

Defendant:
OCWEN LOAN SERVICING LLC

For:
YOUNG KIM
CONSUMER LAW ATTORNEYS
2325 Ulmerton Rd Ste 16
Clearwater, FL 33762-3362

Received by A BETTER PROCESS, INC. on the 27th day of December, 2019 at 1:38 pm to be served on **OCWEN LOAN SERVICING, LLC, 1201 HAYS ST., TALLAHASSEE, FL 32301.**

I, JESSICA POWELL, do hereby affirm that on the **30th day of December, 2019** at **3:10 pm, I:**

served a CORPORATE, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE by delivering a true copy of the NOTICE TO APPEAR FOR PRETRIAL CONFERENCE, CIVIL COVER SHEET AND COMPLAINT with the date and hour of service endorsed thereon by me, to: Sheena Kruse as Service Liaison authorized to receive for CORPORATION SERVICE COMPANY Registered Agent at the address of: 1201 HAYS STREET, TALLAHASSEE, FL 32301 on behalf of OCWEN LOAN SERVICING, LLC, and informed said person of the contents therein, in compliance with Florida Statutes, Chapter 48.091.
 Actual service location: (30.4425,-84.2626) accuracy 65 m.

**Description** of Person Served: Age: 35, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 140, Hair: Light Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.                              "Under penalties of perjury, I declare that I have read the foregoing document and that the facts in it are true" F.S. 92.525.  NOTARY NOT REQUIRED PURSUANT TO FS 92.525

JESSICA POWELL
259

A BETTER PROCESS, INC.
1095 Nw Broken Sound Parkway
Suite 203
Boca Raton, FL 33487
(561) 981-6436

Our Job Serial Number: ABR-2019034078
Ref: BOOZE VS OCWEN

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0n

IN THE COUNTY COURT IN AND FOR PALM BEACH COUNTY, FLORIDA

UNIFORM CASE NO: 50-2019-SC-020953-XXXX-MB
DIVISION: RF: County Civil Central - RF (Civil)

CATHY BOOZE

PLAINTIFF(S)
-VS-
OCWEN LOAN SERVICING LLC

DEFENDANT(S)

FLORIDA STATUTE 48.031(5)

DATE DEC 3 0 2019 TIME 3 10 pm

I.D./BADGE 258 INITIALS JP

MARRIED Y N MILITARY Y N

**NOTICE TO APPEAR**
**FOR PRE-TRIAL CONFERENCE/MEDIATION**

STATE OF FLORIDA - NOTICE TO PLAINTIFF(S) AND DEFENDANT(S)

**OCWEN LOAN SERVICING LLC**

**C/O Corporation Service Company**
**1201 Hays Street**
**TALLAHASSEE, FL  32301**

YOU ARE HEREBY NOTIFIED that you are required to appear in person or by attorney at the Palm Beach County Courthouse in Courtroom 6L (Main Branch) MB, 205 N. Dixie Highway West Palm Beach FL 33401, on February 5, 2020 at 1:00 PM for a PRETRIAL CONFERENCE before a Judge of this court.

**IMPORTANT - READ CAREFULLY**
**THE CASE WILL NOT BE TRIED AT THAT TIME**
**DO NOT BRING WITNESSES - APPEAR IN PERSON OR BY ATTORNEY**

The defendant(s) must appear in court on the date specified in order to avoid a default judgment. The plaintiff(s) must appear to avoid having the case dismissed for lack of prosecution. A written MOTION or ANSWER to the court by the plaintiff(s) or the defendant(s) shall not excuse the personal appearance of a party or its attorney in the PRETRIAL CONFERENCE. The date and time of the pretrial conference CANNOT be rescheduled without good cause and prior court approval.

A corporation may be represented at any stage of the trial court proceedings by an officer of the corporation or any employee authorized in writing by an officer of the corporation. Written authorization must be brought to the Pretrial Conference.

The purpose of the pretrial conference is to record your appearance, to determine if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pretrial conference. You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state the names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.

FILED: PALM BEACH COUNTY, FL SHARON R BOCK, CLERK. 12/16/2019 07:18:18 AM

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and may withhold judgment or execution or levy.

**RIGHT TO VENUE.** The law gives the person or company who has sued you the right to file in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s), have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following: (1) where the contract was entered into; (2) if the suit is on an unsecured promissory note, where the note is signed or where the maker resides; (3) if the suit is to recover property or to foreclose a lien, where the property is located; (4) where the event giving rise to the suit occurred; (5) where any one or more of the defendants sued reside; (6) any location agreed to in a contract; (7) in an action for money due, if there is no agreement as to where suit may be filed, where payment is to be made.

If you, as the defendant(s), believe the plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer, or you must file a WRITTEN request for transfer in affidavit form (sworn to under oath) with the court 7 days prior to your first court date and send a copy to the plaintiff(s) or plaintiff's(s') attorney, if any.

A copy of the statement of claim shall be served with this summons.

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:  You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above named person.

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Tammy Anton, Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway West Palm Beach, Florida 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."**

DATED: 16th of December, 2019

Sharon R. Bock
Clerk & Comptroller
By:

*Nina Byss*

Bysiewicz, Nina M as Deputy Clerk

Cc:
CATHY BOOZE  2727 ULMERTON RD
STE 270
CLEARWATER, FL   33762
KIM YOUNG 2727 ULMERTON ROAD SUITE 270 CLEARWATER FL 33762

FILED: PALM BEACH COUNTY, FL SHARON R BOCK, CLERK. 12/16/2019 07:18:18 AM