**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO: 20-80135-CV-MIDDLEBROOKS

CATHY BOOZE,

    Plaintiff,

v.

OCWEN LOAN SERVICING, LLC,

    Defendant.

_____/

**ORDER AMENDING PRETRIAL SCHEDULE AND RESETTING TRIAL**

THIS CAUSE comes before the Court upon the Parties' Joint Status Report, filed on April 12, 2021. (DE 43). On April 7, 2021, I lifted the stay in this matter and directed the Parties to file a joint status report providing a proposed scheduling order which sets forth litigation deadlines and a suggested trial date. (DE 42). I advised the Parties to take into account the procedural posture of this matter at the time that the stay was imposed. (*Id.*). The Order Granting Motion to Stay was entered on September 22, 2020. (DE 40). At that time, the extended discovery and pretrial motions deadlines had already expired. (*See* DE 30). Although the Parties now request two months to complete discovery and several months to file pretrial motions, I decline to reopen discovery and the pretrial motions deadline on this record. Therefore, having considered the proposals within the Joint Status Report and the procedural posture of this matter at the time that the stay was imposed,

it is hereby **ORDERED AND ADJUDGED** that:

(1) The trial in this case is **RESCHEDULED** during the two-week trial period commencing **July 6, 2021, at 9:00 a.m.** in West Palm Beach, Florida, with a calendar call set for **June 30, 2021, at 1:15 p.m.**, at which all counsel must be present.

(2) The Parties shall adhere to the following pretrial schedule, which shall not be modified absent a compelling showing of good cause supported by specific facts. The Parties are advised that this Order modifies only the operative dates of the pretrial deadlines that are set forth below and that they must refer to the Court's previous Trial Order (DE 9) and Pretrial Scheduling Order (DE 15) for other instructions.

| | |
|---|---|
| April 26, 2021 | Any Pretrial Motions, including summary judgment motions and *Daubert* motions, and motions *in limine* that were filed by the time that the stay was imposed may be re-filed, if the filing Party so chooses, on or by April 26, 2021. <u>The Parties are not permitted to file any new pretrial motions that were not timely filed by the time that the stay was imposed.</u> |
| May 14, 2021 | Second mediation deadline. *Mediator's report shall be filed within 24 hours of completion of mediation.* |
| June 1, 2021 | Joint Pretrial Stipulation shall be filed. Designations of deposition testimony shall be made. |
| June 14, 2021 | Objections to designations of deposition testimony shall be filed. Late designations shall not be admissible absent exigent circumstances. |
| June 23, 2021 | Jury Instructions or Proposed Findings of Fact and Conclusions of Law shall be filed. |
| June 30, 2021 | Calendar Call. |

(3)     The Parties may, at any time, consent to the jurisdiction of Untied States Magistrate Judge Dave Lee Brannon, who generally affords litigants great flexibility in setting the course and schedule, including the trial date, of their case. The consent form may be found at Appendix A of the Pretrial Scheduling Order (DE 15).

**SIGNED** in Chambers at West Palm Beach, Florida, this 14th day of April, 2021.

_____
Donald M. Middlebrooks
United States District Judge